UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-cv-61294-WPD

MARC STOLTZ, an individual and
IAGNES STOLTZ, an individual

Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC.,
a Missouri corporation, doing business as
CENTRAL CREDIT SERVICES

     Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Integrity Solution Services, Inc. (Integrity), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: September 25, 2015

                                            Respectfully submitted,

                                            */s/Michael Schuette*
                                            Michael P. Schuette, Esq.
                                            Florida Bar No. 0106181
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, FL 33618
                                            Telephone: (813) 890-2472
                                            Facsimile: (866) 466-3140

mschuette@sessions-law.biz

*Attorneys for Defendant,*
*Integrity Solution Services, Inc.,*
*d/b/a Central Credit Services*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of September 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Robert W. Murphy, Esq.
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
rwmurphy@lawfirmmurphy.com


*/s/ Michael P. Schuette*
Attorney

Page 3 of 2