**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:15-cv-61294-WPD**

MARC STOLTZ, an individual and
IAGNES STOLTZ, an individual

Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC.,
a Missouri corporation, doing business as
CENTRAL CREDIT SERVICES

     Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Marc Stoltz and Iagnes Stoltz, and Defendant Integrity Solution Services, Inc. file this joint stipulation of dismissal with prejudice and state that the parties dismiss with prejudice all claims against each other, subject to the right of any party to, with good cause shown, to reopen the case for further proceedings to enforce the settlement reached between the parties. Each party is to bear its own fees and costs.

Dated this 9th day of October, 2015.

| | |
|---|---|
| */s/Robert Murphy* | */s/Michael Schuette* |
| Robert W. Murphy, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No.: 717223 | Florida bar No.: 0106181 |
| 1212 SE 2nd Avenue | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| Fort Lauderdale, FL 33316 | 3350 Buschwood Park Drive, Suite 195 |
| Phone: (954) 763-8660 | Tampa, FL 33618 |
| Facsimile: (954) 763-8607 | Telephone: (813) 890-2472 |
| rphyu@aol.com | Facsimile: (866) 209-0761 |
| | mschuette@sessions.legal |
| | |
| *Attorney for Plaintiffs* | *Attorneys for Defendant,* |
| *Marc Stoltz and Iagnes Stoltz* | *Integrity Solution Services, Inc.,* |