UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61294-CIV-DIMITROULEAS

MARC STOLTZ, an individual and
IAGNES STOLTZ, an individual,

    Plaintiffs,

v.

INTEGRITY SOLUTION SERVICES, INC.,
a Missouri corporation, doing business as
CENTRAL CREDIT SERVICES,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal with Prejudice [DE 19] (the "Stipulation"), filed herein on October 9, 2015. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 19] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**;

3.     As the parties have conditioned the effectiveness of the stipulation on the Court's retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012); and

    4.       The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of October, 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record